1  THOMAS P. BROWN (S.B. #182916) - tbrown@omm.com      ** E-filed September 24, 2010 **
   RANDALL W. EDWARDS (S.B. #179053) - redwards@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, CA  94111-3823
   Telephone:   (415) 984-8700
4  Facsimile:   (415) 984-8701

5  Attorneys for Defendants
   eBay Inc., PayPal Inc.
6
   [Additional Counsel Listed on Signature Page]
7

8                           UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                 SAN JOSE DIVISION

11

12  CHARLOTTE SMITH, ET AL.                Case No.  C-10-03825(HRL)

13              Plaintiffs,                JOINT STIPULATION AND [PROPOSED]
                                           ORDER TO STAY CASE PENDING
14       v.                                RESOLUTION OF RELATED CASE ON
                                           APPEAL
15  EBAY CORPORATION, ET AL.,

16              Defendants.

17

18       **WHEREAS**, Plaintiffs Charlotte Smith, Paul Jackson, Art Beltrone, Lee Beltrone, James

19  Mountain, and Jean Mountain filed their Class Action Complaint in the above-captioned matter

20  on April 12, 2010;

21       **WHEREAS**, the above-captioned matter was transferred out of the United States District

22  Court, Eastern District of Michigan on August 24, 2010 and entered on this Court's docket on

23  August 27, 2010;

24       **WHEREAS,** *In re eBay Seller Antitrust Litigation*, No. C-07-01882-JF(HRL), a related

25  case, is currently on appeal before the 9th Circuit Court of Appeals;

26       **WHEREAS**, both parties recognize that the resolution of the appeal in *In re eBay Seller*

27  *Antitrust Litigation* will allow for a more efficient resolution of the issues in the above-captioned

28  matter by avoiding an unduly burdensome and unnecessary duplication of labor and expense;

                                              STIPULATION AND [PROPOSED] ORDER
                                                TO STAY CASE -- NO. C-10-03825(HRL)

**NOW, THEREFORE, IT IS HEREBY JOINTLY STIPULATED, AGREED, AND ORDERED AS FOLLOWS:** that the Court shall temporarily stay all litigation proceedings and defer all rulings in the above-captioned case until the 9th Circuit remands or returns the mandate in *In re eBay Seller Antitrust Litigation* to the United States District Court, Northern District of California. The parties shall inform the Court within a reasonable amount of time of such activity.

**IT IS SO STIPULATED AND AGREED.**

Dated: September 21, 2010

THOMAS P. BROWN
RANDALL W. EDWARDS
O'MELVENY & MYERS LLP


By: */s/ Thomas P. Brown*
        Thomas P. Brown
Attorneys for Defendants
eBay Inc.; PayPal Inc.

Dated: September 21, 2010

PETER W. MACUGA, II
KEVIN J. MCGINESS
MACUGA, LIDDLE, & DUBIN, P.C.


By: */s/ Peter W. Macuga, II*
        Peter W. Macuga, II
Attorneys for Plaintiffs
Charlotte Smith, Paul Jackson, Art Beltrone, Lee Beltrone, James Mountain, and Jean Mountain

**ORDER**

**IT IS SO ORDERED.**

Dated: September 24, 2010

_____
HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

I, Thomas P. Brown, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Peter W. Macuga, II has concurred in this filing.