THOMAS P. BROWN (S.B. #182916) tbrown@omm.com
KATHERINE M. ROBISON (S.B. #221556) krobison@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Defendants
eBay Inc. and PayPal Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CHARLOTTE SMITH, et al., | Case No.  C-10-03825-JF(HRL) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME** |
| v. | |
| EBAY CORP., et al., | |
| Defendant. | |

1  Having considered the parties' Stipulated Request for Order Changing Time, and for good
2  cause shown,

3  **PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that Plaintiffs shall file
4  their amended complaint on or before August 5, 2011, Defendants shall file a responsive pleading
5  to Plaintiffs' amended complaint on or before October 4, 2011, Plaintiffs shall respond to any
6  motion filed by Defendant on or before November 3, 2011, and Defendants shall file their Reply
7  in support of any motion on or before November 17, 2011.

8  **PURSUANT TO STIPULATION, SO ORDERED,**
9  Dated: ~~June~~ July 13 __, 2011

   _____
10  HON. JEREMY FOGEL
    United States District Judge

- 2 -

[PROPOSED] ORDER
C-10-03825-JF(HRL)