PETER W. MACUGA, II (P28114) pmacuga@mldclassaction.com
MACUGA, LIDDLE & DUBIN, P.C.
975 E. Jefferson Avenue
Detroit, Michigan 48207
Telephone:   (313) 392-0015
Facsimile:    (313) 392-0025

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLOTTE SMITH, et al., | Case No. C-10-03825-JSW |
| Plaintiffs, | **[PROPOSED]** ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME |
| v. | **AS MODIFIED HEREIN** |
| EBAY CORP., et al., | |
| Defendant. | |

1  Having considered the parties' Stipulated Request for Order Changing Time, and for good
2  cause shown,
3  **PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that Plaintiffs shall file
4  their response to Defendant's Motion to Dismiss Plaintiffs' Complaint on or before November 10,
5  2011, Defendants shall file their Reply in support of their Motion to Dismiss on or before
6  December 1, 2011. **The Court reserves the right to continue the hearing on the motion.**
7  PURSUANT TO STIPULATION, SO ORDERED,
8  Dated: November 2__, 2011
9  _____
   HON. JEFFREY S. WHITE
   United States District Judge

- 2 -

[PROPOSED] ORDER
C-10-03825-JSW