THOMAS BROWN (S.B. #182916)
tbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendants
eBay Inc. and PayPal, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLOTTE SMITH, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>EBAY CORP., et al.,<br><br>    Defendants. | Case No. C-10-03825-JSW<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST UNDER CIVIL L.R. 16-2 FOR RELIEF FROM CASE MANAGEMENT SCHEDULE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

1  Having considered the parties' Stipulated Request Under Civil L.R. 16-2 For Relief From
2  Case Management Schedule, and for good cause shown,

3  **PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that the Case
4  Management Conference currently scheduled for December 16, 2011 is continued until after the
5  Court decides Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint. ~~The Court~~
6  ~~shall set a new date for the Case Management Conference after deciding the motion to dismiss~~.

7  **PURSUANT TO STIPULATION, SO ORDERED,**

The case management conference is continued to February 3, 2012 at 1:30 p.m. A joint case management conference statement is due on January 27, 2012.

Dated: November 29, 2011

_____
Hon. Jeffrey S. White
U.S. District Judge

- 2 -    [~~PROPOSED~~] ORDER C-10-03825-JSW