| | |
|---|---|
| 1 | THOMAS BROWN (S.B. #182916) |
| | tbrown@omm.com |
| 2 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 3 | San Francisco, California 94111-3823 |
| | Telephone: (415) 984-8700 |
| 4 | Facsimile: (415) 984-8701 |
| 5 | Attorneys for Defendants |
| | eBay Inc. and PayPal, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHARLOTTE SMITH, et al., | Case No. C-10-03825-JSW |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST UNDER CIVIL L.R. 16-2 FOR RELIEF FROM CASE MANAGEMENT SCHEDULE AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| EBAY CORP., et al., | |
| Defendants. | |

1  Having considered the parties' Stipulated Request Under Civil L.R. 16-2 For Relief From
2  Case Management Schedule, and for good cause shown,

3  **PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that the Case
4  Management Conference currently scheduled for December 16, 2011 is continued until after the
5  Court decides Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint. ~~The Court~~
6  ~~shall set a new date for the Case Management Conference after deciding the motion to dismiss~~.

7  **PURSUANT TO STIPULATION, SO ORDERED,**   The case management conference is continued to February 3, 2012 at 1:30 p.m. A joint case management conference statement is due on January 27, 2012.

9  Dated: November 29, 2011

11  _____
    Hon. Jeffrey S. White
12  U.S. District Judge

- 2 -    [~~PROPOSED~~] ORDER C-10-03825-JSW