IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLOTTE SMITH,

    Plaintiff,

  v.

EBAY CORPORATION, ET AL.,

    Defendant.
                               /

No. C 10-03825 JSW

**ORDER CONTINUING HEARING**

The hearing on Defendants' Motion to Dismiss, currently scheduled for December 16, 2011 at 9:00 a.m. is HEREBY CONTINUED to January 6, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: December 12, 2011

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE