PETER W. MACUGA, II (P28114) pmacuga@mldclassaction.com
MACUGA, LIDDLE & DUBIN, P.C.
975 E. Jefferson Avenue
Detroit, Michigan 48207
Telephone: (313) 392-0015
Facsimile: (313) 392-0025

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CHARLOTTE SMITH, et al., | Case No. C-10-03825-~~JF(HRL)~~ JSW |
| Plaintiffs, | ~~[PROPOSED]~~ ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME |
| v. | |
| EBAY CORP., et al., | VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE |
| Defendant. | |

| | |
|---|---|
| 1 | Having considered the Plaintiffs' Motion to Adjourn Scheduled Date for Argument Upon |
| 2 | Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and for good cause shown, |
| 3 | **IT IS HEREBY ORDERED** that the Hearing on Defendants' Motion to Dismiss |
| 4 | Plaintiffs' First Amended Complaint shall be ~~continued until~~ _____. |
| 5 | SO ORDERED,   **VACATED, and the Case Management Conference set for February 3, 2012 is continued to February 10, 2012.** |
| 6 | Dated: January 3, 2012 |
| 7 | ~~HON. JEREMY FOGEL~~ *Jeffrey S. White* |
| 8 | United States District Judge / HONORABLE JEFFREY S. WHITE |

[PROPOSED] ORDER
C-10-03825-JF(HRL)

- 2 -