1  PETER W. MACUGA, II (P28114) pmacuga@mldclassaction.com
   MACUGA, LIDDLE & DUBIN, P.C.
2  975 E. Jefferson Avenue
   Detroit, Michigan 48207
3  Telephone:   (313) 392-0015
   Facsimile:   (313) 392-0025
4
   Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| CHARLOTTE SMITH, et al., | Case No. C-10-03825-~~JF(HRL)~~ JSW |
|---|---|
| Plaintiffs, | **~~[PROPOSED]~~ ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME** |
| v. | |
| EBAY CORP., et al., | **VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| Defendant. | |

~~[PROPOSED]~~ ORDER
C-10-03825-JF(HRL)

1  Having considered the Plaintiffs' Motion to Adjourn Scheduled Date for Argument Upon

2  Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and for good cause shown,

3  **IT IS HEREBY ORDERED** that the Hearing on Defendants' Motion to Dismiss

4  Plaintiffs' First Amended Complaint shall be ~~continued until~~ _____.

5  ~~SO ORDERED,~~ **VACATED, and the Case Management Conference set for February 3, 2012 is continued to February 10, 2012.**

6  Dated: January 3, 2012

7  ~~HON. JEREMY FOGEL~~
   ~~United States District Judge~~

8  HONORABLE JEFFREY S. WHITE

[PROPOSED] ORDER
C-10-03825-JF(HRL)

- 2 -