| | |
|---|---|
| 1 | THOMAS P. BROWN (S.B. #182916) |
| | tombrown@paulhastings.com |
| 2 | PAUL HASTINGS LLP |
| | 55 Second Street, Twenty-Fourth Floor |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 856-7000 |
| 4 | Facsimile: (415) 856-7100 |

RANDALL W. EDWARDS (SBN #179053
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendants
eBay Inc. and PayPal, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLOTTE SMITH, et al., | Case No. C-10-03825-JSW |
| Plaintiffs, | [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME AND FOR RELIEF FROM CASE MANAGEMENT SCHEDULE PURSUANT TO CIVIL L.R. 16-2   AS MODIFIED HEREIN |
| v. | |
| EBAY CORP., et al., | |
| Defendant. | |

Having considered the parties' Stipulated Request for Order Changing Time and For Relief From Case Management Schedule Pursuant to Civil L.R. 16-2, and for good cause shown,

**PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that Plaintiffs shall file their response to Defendant's Motion to Dismiss Plaintiffs' Tying Claims And To Strike Certain Factual Allegations From Plaintiffs' Second Amended Class Action Complaint on or before March 15, 2012, Defendants shall file their Reply in support of their Motion on or before March 29, 2012, and the case management conference shall be rescheduled ~~for April 20, 2012.~~ May 4, 2012.

**PURSUANT TO STIPULATION, SO ORDERED.**

Dated: February 17, 2012

_____
HON. JEFFREY S. WHITE
United States District Judge