1   PETER W. MACUGA, II (P28114)
    pmacuga@mldclassaction.com
2   MACUGA, LIDDLE & DUBIN, P.C.
    975 E. Jefferson Avenue
3   Detroit, Michigan 48207
    Telephone:   (313) 392-0015
4   Facsimile:   (313) 392-0025

5   Attorneys for Plaintiffs

6   THOMAS P. BROWN (S.B. #182916)
    tbrown@omm.com
7   PAUL HASTINGS LLP
    55 Second Street, 24th Floor
8   San Francisco, CA  94105
    Telephone:   (415) 856-7000
9   Facsimile:   (415) 856-7100

10  Attorneys for Defendant
    eBay Inc. and PayPal Inc.

11

12              **UNITED STATES DISTRICT COURT**

13             **NORTHERN DISTRICT OF CALIFORNIA**

14                   **SAN JOSE DIVISION**

15                                          JSW
16  CHARLOTTE SMITH, et al.,         Case No.  C-10-03825-~~JF (HRL)~~

17              Plaintiffs,          **~~[PROPOSED]~~ ORDER GRANTING**
                                     **STIPULATED RQUEST FOR ORDER**
18       v.                          **CHANGING TIME**
                                     **AS MODIFIED**
19  EBAY CORP., et al.,

20              Defendant.

21

22

23

24

25

26

27

28

1    Having considered the parties' Stipulated Request for Order changing Time , and for good

2    cause show,

3    **PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that Plaintiffs shall file

4    their response to Defendants' Motion to Dismiss Plaintiffs'' Tying Claims and to Strike Certain

5    Factual Allegations from Plaintiffs' Second Amended Class Action Complaint on or before

6    March 22, 2012, Defendants shall file their Reply in support of their Motion on or before April 5,

7    

8    2012, and the hearing on Defendants' Motion be changed to May 4, 2012, the date currently

9    noticed for the Case Management Conference, or other date convenient to the Court in May.

10   **PURSUANT TO STIPULATION, SO ORDERED,**

11   Dated: March 21, 2012                    _____

12                                            HON. JEFFREY S. WHITE
                                             United States District Judge
13

14   **The hearing scheduled for April 20, 2012 is CONTINUED to May 25, 2012 at 9:00 a.m.
     If the Court finds the motion suitable for disposition without oral argument, it shall
15   notify the parties in advance of the hearing.**

16   **The case management conference scheduled for May 4, 2012 is VACATED and shall be
     reset, if necessary, in the order resolving the motion to dismiss.**
17

18

19

20

21

22

23

24

25

26

27

28