1  PETER W. MACUGA, II (P28114)
   pmacuga@mldclassaction.com
2  MACUGA, LIDDLE & DUBIN, P.C.
   975 E. Jefferson Avenue
3  Detroit, Michigan 48207
   Telephone:  (313) 392-0015
4  Facsimile:   (313) 392-0025

5  Attorneys for Plaintiffs

6  THOMAS P. BROWN (S.B. #182916)
   tbrown@omm.com
7  PAUL HASTINGS LLP
   55 Second Street, 24th Floor
8  San Francisco, CA  94105
   Telephone:   (415) 856-7000
9  Facsimile:    (415) 856-7100

10 Attorneys for Defendant
   eBay Inc. and PayPal Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CHARLOTTE SMITH, et al., | Case No.  C-10-03825-~~JF (HRL)~~ JSW |
| Plaintiffs, | ~~[PROPOSED]~~ ORDER GRANTING STIPULATED RQUEST FOR ORDER CHANGING TIME **AS MODIFIED** |
| v. | |
| EBAY CORP., et al., | |
| Defendant. | |

Having considered the parties' Stipulated Request for Order changing Time , and for good cause show,

**PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that Plaintiffs shall file their response to Defendants' Motion to Dismiss Plaintiffs'' Tying Claims and to Strike Certain Factual Allegations from Plaintiffs' Second Amended Class Action Complaint on or before March 22, 2012, Defendants shall file their Reply in support of their Motion on or before April 5, 2012, ~~and the hearing on Defendants' Motion be changed to May 4, 2012, the date currently noticed for the Case Management Conference, or other date convenient to the Court in May~~.

**PURSUANT TO STIPULATION, SO ORDERED,**

Dated: March 21, 2012

_____
HON. JEFFREY S. WHITE
United States District Judge

**The hearing scheduled for April 20, 2012 is CONTINUED to May 25, 2012 at 9:00 a.m. If the Court finds the motion suitable for disposition without oral argument, it shall notify the parties in advance of the hearing.**

**The case management conference scheduled for May 4, 2012 is VACATED and shall be reset, if necessary, in the order resolving the motion to dismiss.**