PETER W. MACUGA, II (P28114) pmacuga@mldclassaction.com
MACUGA, LIDDLE & DUBIN, P.C.
975 E. Jefferson Avenue
Detroit, Michigan 48207
Telephone: (313) 392-0015
Facsimile: (313) 392-0025

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CHARLOTTE SMITH, et al., | Case No. C-10-03825-JSW |
| Plaintiffs, | **[PROPOSED]** ORDER GRANTING PLAINTIFFS' APPEARANCE BY TELEPHONE |
| v. | |
| EBAY CORP., et al., | |
| Defendant. | |

Having considered the Plaintiffs' Request to Appear By Telephone this Court states:

**IT IS HEREBY ORDERED** that Plaintiffs' Counsel, Peter W. Macuga, II, may appear at the May 25, 2012 Hearing by telephone.

**SO ORDERED,**

Dated: May 21, 2012

_____
HON. JEFFREY S. WHITE
United States District Judge

**Mr. Macuga shall provide this Court's Courtroom Deputy with a landline telephone at which he may be reached by May 23, 2012, and Mr. List shall file a notice of appearance by that date as well.**