1  PETER W. MACUGA, II (P28114) pmacuga@mldclassaction.com
   MACUGA, LIDDLE & DUBIN, P.C.
2  975 E. Jefferson Avenue
   Detroit, Michigan 48207
3  Telephone:   (313) 392-0015
   Facsimile:   (313) 392-0025
4
   Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| CHARLOTTE SMITH, et al., | Case No. C-10-03825-JSW |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' APPEARANCE BY TELEPHONE |
| v. | |
| EBAY CORP., et al., | |
| Defendant. | |

1 | Having considered the Plaintiffs' Request to Appear By Telephone this Court states:

2 | **IT IS HEREBY ORDERED** that Plaintiffs' Counsel, Peter W. Macuga, II, may appear at

3 | the May 25, 2012 Hearing by telephone.

5 | **SO ORDERED,**

6 | Dated: May 21, 2012

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
United States District Judge

**Mr. Macuga shall provide this Court's Courtroom Deputy with a landline telephone at which he may be reached by May 23, 2012, and Mr. List shall file a notice of appearance by that date as well.**

- 2 -

[PROPOSED] ORDER
C-10-03825-JSW