THOMAS P. BROWN (SB# 182916)
tombrown@paulhastings.com
SAMUEL C. ZUN (SB# 264930)
samuelzun@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  1 (415) 856-7000
Facsimile:  1 (415) 856-7100

Attorneys for Defendants
eBay Inc. and PayPal, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLOTTE SMITH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> EBAY CORP., et al., <br><br> Defendants. | CASE NO. C-10-03825-JSW <br><br> **ADR STIPULATION AND [PROPOSED] ORDER** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civ. L.R. 16 and ADR L.R. 3-5:

As the parties stated in the Joint Case Management Statement:

> The parties have conferred concerning the likelihood of settlement. There have been no settlement negotiations thus far, and none are planned at this time.  Both counsel for Plaintiff and Defendants are experienced in class actions.  Should the parties elect to engage in settlement discussions, the parties are familiar with appropriate private mediators.

Joint CMC Stmt., at § 12.

The parties agree that ADR is unlikely to be productive at this time, but preliminarily agree that mediation is preferable to other forms of ADR for this case.  Should ADR become

necessary, the parties agree to meet and confer to identify a private mediator acceptable to both parties.

DATED: July 2, 2012

THOMAS P. BROWN
SAMUEL C. ZUN
PAUL HASTINGS LLP

By: _____/s/ *Thomas P. Brown*_____
  THOMAS P. BROWN

Attorneys for Defendants
eBay Inc. and PayPal, Inc.

DATED: July 2, 2012

PETER W. MACUGA II
MACUGA, LIDDLE, & DUBIN P.C.

By: _____/s/ *Peter W. Macuga II*_____
  PETER W. MACUGA II

Attorneys for Plaintiffs

IT IS SO ORDERED: **The Court advises the parties that it will expect them to go through some form of an ADR process during the pendency of this litigation.**

Dated: July 2, 2012

_____
Hon. Jeffrey S. White
United States District Judge

I, Thomas P. Brown, am the ECF User whose ID and password are being used to file this ADR Stipulation and [Proposed] Order. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Peter W. Macuga II has concurred in this filing.

Case No. C-10-03825-JSW    -1-    STIPULATION SELECTING ADR PROCESS