PETER W. MACUGA, II (P28114)
pmacuga@mldclassaction.com
MACUGA, LIDDLE & DUBIN, P.C.
975 E. Jefferson Avenue
Detroit, Michigan 48207
Telephone: (313) 392-0015
Facsimile: (313) 392-0025

THE EVANS LAW FIRM
INGRID M. EVANS,
CA State Bar No. 179094
Ingrid@evanslaw.com
3053 Filmore Street #236
San Francisco, CA 94123
Telephone: 415-441-8669;
Toll-Free: 888-503-8267
Facsimile: 888-891-4906

Attorneys for Plaintiffs

THOMAS P. BROWN (SB# 182916)
tombrown@paulhastings.com
SAMUEL C. ZUN (SB# 264930)
samuelzun@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: 1 (415) 856-7000
Facsimile: 1 (415) 856-7100

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHARLOTTE SMITH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EBAY CORP., et al., <br><br> Defendant. | Case No. C-10-03825-JSW <br><br> [~~PROPOSED~~] **ORDER ADJOURNING CASE MANAGEMENT CONFERENCE** |

|   |   |
|---|---|
| 1 | Having considered the parties' Stipulation to Adjourn Scheduled Date for Case Management Conference, and for good cause shown, |
| 3 | **PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that the Case Management Conference in *Smith, et al v. eBay, et al* be set for November 2, 2012 at 1:30 PM (PST). The parties' joint case management statement shall be due on October 26, 2012. |
| 6 | **PURSUANT TO STIPULATION, SO ORDERED.** |
| 7 | Dated: October 22, 2012 |
| 8 | HON. JEFFREY S. WHITE<br>United States District Judge |

- 2 -

[~~PROPOSED~~] ORDER
CASE NO. C-10-03825-JSW