| | |
|---|---|
| PETER W. MACUGA, II (P28114) | THOMAS P. BROWN (SB# 182916) |
| pmacuga@mldclassaction.com | tombrown@paulhastings.com |
| MACUGA, LIDDLE & DUBIN, P.C. | SAMUEL C. ZUN (SB# 264930) |
| 975 E. Jefferson Avenue | samuelzun@paulhastings.com |
| Detroit, Michigan 48207 | PAUL HASTINGS LLP |
| Telephone: (313) 392-0015 | 55 Second Street |
| Facsimile: (313) 392-0025 | Twenty-Fourth Floor |
| | San Francisco, CA 94105-3441 |
| THE EVANS LAW FIRM | Telephone: 1 (415) 856-7000 |
| INGRID M. EVANS, | Facsimile: 1 (415) 856-7100 |
| CA State Bar No. 179094 | |
| Ingrid@evanslaw.com | Attorneys for Defendants |
| 3053 Filmore Street #236 | |
| San Francisco, CA 94123 | |
| Telephone: 415-441-8669; | |
| Toll-Free: 888-503-8267 | |
| Facsimile: 888-891-4906 | |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLOTTE SMITH, et al., | Case No. C-10-03825-JSW |
| Plaintiffs, | [~~PROPOSED~~] ORDER ADJOURNING |
| v. | CASE MANAGEMENT CONFERENCE |
| EBAY CORP., et al., | |
| Defendant. | |

1     Having considered the parties' Stipulation to Adjourn Scheduled Date for Case Management Conference, and for good cause shown,

    **PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that the Case Management Conference in *Smith, et al v. eBay, et al* be set for November 2, 2012 at 1:30 PM (PST). The parties' joint case management statement shall be due on October 26, 2012.

**PURSUANT TO STIPULATION, SO ORDERED.**

Dated: October 22, 2012

    */s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
United States District Judge

- 2 -

[~~PROPOSED~~] ORDER
CASE NO. C-10-03825-JSW