IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLOTTE SMITH,

    Plaintiff,

    v.

EBAY CORPORATION, ET AL.,

    Defendant.
    _____ /

No. C 10-03825 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

The Court has received and considered the parties' Joint Case Management Statement, and the Court VACATES the case management conference scheduled for November 2, 2012, at 1:30 p.m.

With respect to the parties' discovery disputes, all discovery disputes, including the scope and timing of merits and class discovery, have been referred to Magistrate Judge Corley and shall be raised with her in the first instance.

If the parties believe that additional pages are required for the motion for class certification, they should file a request to file an oversized brief *before* the motion is filed. The Court will not be inclined to allow briefing in excess of thirty pages.

**IT IS SO ORDERED.**

Dated: October 29, 2012

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE