United States District Court

For the Northern District of California

1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    CHARLOTTE SMITH,

10              Plaintiff,                          No. C 10-03825 JSW

11       v.                                    **ORDER VACATING CASE
                                               MANAGEMENT CONFERENCE**
12   EBAY CORPORATION, ET AL.,

13              Defendant.
                                          /
14

15          The Court has received and considered the parties' Joint Case Management Statement,

16   and the Court VACATES the case management conference scheduled for November 2, 2012, at

17   1:30 p.m.

18          With respect to the parties' discovery disputes, all discovery disputes, including the

19   scope and timing of merits and class discovery, have been referred to Magistrate Judge Corley

20   and shall be raised with her in the first instance.

21          If the parties believe that additional pages are required for the motion for class

22   certification, they should file a request to file an oversized brief *before* the motion is filed.  The

23   Court will not be inclined to allow briefing in excess of thirty pages.

24          **IT IS SO ORDERED.**

25   Dated: October 29, 2012

26                                             JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE

27

28