IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE SMITH, et al,<br><br>    Plaintiff,<br><br>  v.<br><br>EBAY CORP.,<br><br>    Defendant. | Case No. 10-3825 JSW (JSC)<br><br>**ORDER REGARDING DISCOVERY DISPUTES** |

This action has been referred to this Magistrate Judge for resolution of any discovery disputes. Such disputes, if any, shall be presented to the Court according to this Court's Civil Standing Order. The parties may submit separate joint letter briefs for each dispute or group of disputes.

**IT IS SO ORDERED.**

Dated: October 30, 2012

                                                                          _/s/ Jacqueline S. Corley_
                                                                          JACQUELINE SCOTT CORLEY
                                                                          UNITED STATES MAGISTRATE JUDGE